Page 1 of 1

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

MILAN NIKOLIC,

Plaintiff,

v. CASE NO. 5:25cv142-RH-MJF

CALEB BAILEY et al.,

Defendants.

_______________________________/

**ORDER ON MANDATORY NATURE OF PRETRIAL DISCLOSURE DEADLINES**

The defendant Caleb Bailey, perhaps joined by the defendant Sheriff, has filed a notice asserting the plaintiff failed to comply by the September 3 deadline with specific obligations under Federal Rule of Civil Procedure 26(a)(3) and the orders of May 20 and June 17, 2026. One cannot know, from the notice standing alone, whether the plaintiff complied with the obligations. But timely compliance with these obligations was mandatory, and any failure should be cured immediately. The sanction for any failure is exclusion of the evidence "unless the failure was substantially justified or is harmless." Fed. R. Civ. P. 37(c)(1). Each day that passes makes a finding of justification or harmlessness less likely.

SO ORDERED on September 5, 2026.

s/Robert L. Hinkle
United States District Judge